**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Raymond TAYLOR,**
**Defendant–Appellant.**

**No. 06–7195.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 22, 2007.

William Raymond Taylor, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Raymond Taylor appeals the district court's order denying his motion to compel a Fed.R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Taylor,* No. 3:99–cr–00368–REP–AL (E.D.Va. June 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*